THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT E. MANLEY, Respondent, *v.* CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.

First Department, March 4, 1921.

See head note in *People ex rel. Smyth* v. *Craig* (*ante*, p. 857).

APPEAL by the defendant, Charles L. Craig, as comptroller of the city of New York, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 29th day of October, 1920, granting relator's motion for a peremptory writ of mandamus requiring him to draw his warrant to the amount of $4,000 payable to the relator.

The bill as rendered for which the warrant is directed is for $4,000; $2,500 is for services rendered after relator had been appointed as Deputy Attorney-General; $1,500 thereof is for services rendered to the Attorney-General as counsel prior to the appointment of relator as a deputy.

*John F. O'Brien* of counsel [*George P. Nicholson* and *Russell Lord Tarbox* with him on the brief; *John P. O'Brien, Corporation Counsel*], for the appellant.

*Isidor J. Kresel,* for the respondent.

SMITH, J.:

This case presents the same situation as is presented in the case of *People ex rel. Smyth* v. *Craig* (195 App. Div. 857), and the order should be modified in accordance with the opinion in that case so as to require the comptroller to draw warrant for the sum of $2,500 payable to the relator, and as modified should be affirmed, without costs.

CLARKE, P. J., and DOWLING, J., concur; PAGE, J., dissents; GREENBAUM, J., dissents with an opinion, which is printed on page 856.

Order modified as directed in opinion and as so modified affirmed, without costs.